UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| JOEL A. MORVANT, SR., | * | CIVIL ACTION NO. 6:10CV00611 |
| LORA MORVANT and | * | |
| RIDGE MORVANT | * | JUDGE RICHARD T. HAIK, SR. |
| | * | |
| VERSUS | * | MAG. JUDGE PATRICK J. HANNA |
| | * | |
| SUPERIOR ENERGY SERVICES, LLC | * | |
| and OFFSHORE LIFTBOATS, LLC | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## THIRD PARTY COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Offshore Liftboats, LLC ("Offshore Liftboats"), defendant in the original Complaint, and pursuant to Rule 14 of the Federal Rules of Civil Procedure, files its Third-Party Complaint respectfully averring, upon information and belief, as follows:

I.

Offshore Liftboats re-asserts and re-avers all of its responses and defenses asserted in its Answer to plaintiff's Complaint as if copied herein *in extenso*.

II.

Offshore Liftboats is a domestic corporation, authorized to do and doing business in the State of Louisiana.

1

III.

Third-party defendant, Prosper Operators, Inc., ("Prosper") on information and belief, is a domestic corporation authorized to do and doing business within the jurisdiction of this Honorable Court.

IV.

Third-Party defendant, ABC Insurance Company, is still to be identified.

V.

This Honorable Court has jurisdiction pursuant to Title 28 U.S.C. §1331 and Title 28 U.S.C. § 1333.

VI.

Pursuant to the terms of the Mariner Energy Inc. / Prosper Operators Inc. Master Service Contract, Prosper was required to protect, defend, indemnify, and hold Offshore Liftboats harmless from and against any and all claims at issue in this litigation.

VII.

Pursuant to the terms of the Mariner Energy Inc. / Prosper Operators Inc. Master Service Contract, Prosper was required to purchase insurance naming Offshore Liftboats as an additional assured and ABC Insurance Company is required to protect, defend, indemnify, and hold Offshore Liftboats harmless from and against any and all claims at issue in this litigation.

VIII.

If Prosper did not purchase insurance naming Offshore Liftboats as an additional assured, Prosper is liable to Offshore Liftboats for its breach of the Mariner Energy Inc. / Prosper Operators Inc. Master Service Contract.

IX.

Offshore Liftboats is entitled to defense and contractual indemnity from Prosper for any liability it may have to plaintiff, as well as any and all personal injuries sustained by plaintiff.

X.

Offshore Liftboats is entitled to defense and contractual indemnity from ABC Insurance Company for any liability it may have to plaintiff, as well as any and all personal injuries sustained by plaintiff.

XI.

Offshore Liftboats prays for a trial by jury.

**WHEREFORE**, defendant, Offshore Liftboats, LLC, prays that its Third Party Complaint against Prosper Operators, Inc. and ABC Insurance Company be deemed good and sufficient and that after due proceedings be had, there be judgment in favor of Offshore Liftboats dismissing plaintiffs complaint, and awarding it contractual defense and indemnity against Prosper Operators Inc. and ABC Insurance Company.

Respectfully submitted,

**REICH, ALBUM & PLUNKETT, LLC**

/s/ ROBERT S. REICH
**ROBERT S. REICH, T.A. (#11163)**
**CHRISTY L. JOHNSON (#32877)**
3850 North Causeway Boulevard, Suite 100
Metairie, Louisiana  70002
Telephone:  (504) 830-3999
Facsimile:  (504) 830-3950
E-mail: rreich@rapllclaw.com
            cjohnson@rapllclaw.com
*Attorneys for Offshore Liftboats, L.L.C.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on 28th the day of January, 2011, I electronically filed the foregoing with the Clerk of Court and a copy by using the CM/ECF system which will send a notice of electronic filing.

/s/ ROBERT S. REICH