UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| JOEL A. MORVANT, SR., LORA MORVANT and RIDGE MORVANT | CIVIL ACTION NO.: 6:10-cv-00611 |
| | JUDGE RICHARD T. HAIK, SR. |
| VERSUS | |
| | MAG. JUDGE PATRICK J. HANNA |
| SUPERIOR ENERGY SERVICES, LLC, and OFFSHORE LIFTBOATS, LLC | JURY TRIAL REQUESTED |

_____

**ANSWER**

_____

NOW INTO COURT, through undersigned counsel, comes Prosper Operators, Inc. which responds to the Third Party Demand of Offshore Liftboats, L.L.C. as follows:

**FIRST DEFENSE**

The Third Party Demand fails to state a claim upon which relief can be granted.

**SECOND DEFENSE**

As alternative defenses, respondent pleads the defenses of comparative negligence and/or victim fault which serve as a total bar or in diminution of any recovery herein.

**THIRD DEFENSE**

As an alternative defense, respondent pleads the fault of third parties.

**FOURTH DEFENSE**

As an alternative defense, respondent pleads the applicable workers compensation law as a potential bar to any recovery herein.

## **FIFTH DEFENSE**

As alternative defenses, respondent pleads the defenses of offset and/or credit.

And now, further responding, respondent avers:

1.

The allegations of paragraph I of the Third Party Demand do not require a response from respondent herein. To the extent a response is required, the allegations of Paragraph I of the Third Party Demand are denied for lack of sufficient information to justify a belief therein.

2.

The allegations of paragraph II of the Third Party Demand do not require a response from respondent herein. To the extent a response is required, the allegations of Paragraph II of the Third Party Demand are denied for lack of sufficient information to justify a belief therein.

3.

The allegations of paragraph III of the Third Party Demand are admitted.

4.

The allegations of paragraph IV of the Third Party Demand do not require a response from respondent herein. To the extent a response is required, the allegations of paragraph IV of the Third Party Demand are denied for lack of sufficient information to justify a belief therein.

5.

The allegations of paragraph V of the Third Party Demand are denied for lack of sufficient information to justify a belief therein.

6.

The allegations of paragraph VI of the Third Party Demand are denied for lack of sufficient information to justify a belief therein.

7.

The allegations of paragraph VII of the Third Party Demand are denied for lack of sufficient information to justify a belief therein.

8.

The allegations of paragraph VIII of the Third Party Demand are denied for lack of sufficient information to justify a belief therein.

9.

The allegations of paragraph IX of the Third Party Demand are denied for lack of sufficient information to justify a belief therein.

10.

The allegations of paragraph X of the Third Party Demand are denied for lack of sufficient information to justify a belief therein.

11.

The allegations of paragraph XI of the Third Party Demand do not require a response from respondent herein.  To the extent a response is required, the allegations of paragraph XI are denied for lack of sufficient information to justify a belief therein.

12.

To the extent any of the allegations of the Third Party Demand have not been answered, they are denied for lack of sufficient information to justify a belief therein.

13.

The claims of Offshore Liftboats, L.L.C. are barred by the provisions of the Louisiana Anti-Indemnity statute and/or the Texas Anti-Indemnity Statute and/or 33 U.S.C. 905(b) and/or any other applicable state and/or federal law.

14.

Respondent requests a trial by jury on all issues.

Wherefore, Prosper Operators, Inc. prays that this answer be deemed good and sufficient and that after all legal delays are had, there be judgment herein in its favor and against the plaintiffs, dismissing the claims of the plaintiffs with prejudice and at the cost of the plaintiffs.

Prosper Operators, Inc. further prays for a trial by jury on all issues and for all general and equitable relief

**Respectfully submitted,**

**JUDICE & ADLEY**
**(A Professional Law Corporation)**


s/Michael W. Adley
**MICHAEL W. ADLEY (#2349)**
P. O. Drawer 51769
Lafayette, Louisiana 70505-1769
Telephone:  (337) 235-2405
Facsimile:   (337) 235-0965
Email: mwa@judice-adley.com
ATTORNEY FOR PROSPER OPERATORS, INC.

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has this date been mailed to all counsel of record by electronic mail.

Lafayette, Louisiana, this 18th day of March, 2011.

                                                 s/Michael W. Adley
                                                 MICHAEL W. ADLEY