UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| JOEL A. MORVANT, SR., | * | CIVIL ACTION NO. 6:10CV00611 |
| LORA MORVANT and | * | |
| RIDGE MORVANT | * | JUDGE RICHARD T. HAIK, SR. |
| | * | |
| VERSUS | * | MAG. JUDGE PATRICK J. HANNA |
| | * | |
| SUPERIOR ENERGY SERVICES, LLC | * | |
| and OFFSHORE LIFTBOATS, LLC | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT,** through undersigned counsel, comes defendant, Offshore Liftboats, LLC who moves this Honorable Court to grant it Summary Judgment pursuant to Federal Rules of Civil Procedure 56, *et seq*. In support of this Motion, Offshore Liftboats will show that plaintiff's claims against Offshore Liftboats must be dismissed with prejudice and, by operation of law, the claims of plaintiff's wife and son must also be dismissed with prejudice. Accordingly, Offshore Liftboats is entitled to judgment that plaintiffs are barred from recovery as more fully stated in the Memorandum in Support of Motion for Summary Judgment filed herewith.

Respectfully submitted,

**REICH, ALBUM & PLUNKETT, L.L.C.**

/s/ ROBERT S. REICH
**ROBERT S. REICH, T.A. (#11163)**
**CHRISTY L. JOHNSON (#32877)**
Two Lakeway Center, Suite 1000
3850 North Causeway Boulevard
Metairie, LA  70002
Tel:  (504) 830-3999
Fax:  (504) 830-3950
E-mail:  rreich@rapllclaw.com
             cjohnson@rapllclaw.com
*Attorneys for Offshore Liftboats, L.L.C.*

**CERTIFICATE OF SERVICE**

   **I HEREBY CERTIFY** that a copy of the above and foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who are authorized to receive electronic service on this 21 day of April, 2011.

/s/ ROBERT S. REICH