

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JOEL A MORVANT, SR, ET AL** | **CIVIL ACTION NO. 6:10CV0611** |
| **VERSUS** | **JUDGE HAIK** |
| **SUPERIOR ENERGY SERVICES L L C, ET AL** | **MAGISTRATE JUDGE HANNA** |

## NOTICE OF MOTION SETTING WITH ORAL ARGUMENT

Please take notice that the Motion for Summary Judgment (Document No. 46) filed by Offshore Lift Boats L L C on April 21, 2011 will be considered by Judge Richard T. Haik, Sr. At the next regular motion date which is June 16, 2011.  Unless you are notified to the contrary, **oral argument will be heard** commencing at 9:30 a.m. in Courtroom One of the United States Courthouse, 800 Lafayette Street, Lafayette, Louisiana.

### Deadlines

Any response to said motion is due within **twenty-one (21) days** after service of the motion. (See LR 7.5W).  No reply briefs may be filed without leave of court.  A motion for leave of court to file a reply must be filed within seven (7) days after the memorandum in opposition is filed.  OPPOSITION TO THE MOTION MUST BE FILED TIMELY OR THE MOTION WILL BE CONSIDERED UNOPPOSED.

### Courtesy Copies Required

A courtesy copy of the briefs and any attachments must be provided to chambers promptly after filing to the following address:

> Hon. Richard T. Haik, Sr.
> United States District Judge
> 800 Lafayette St., Suite 4200
> Lafayette, Louisiana 70501

**DATE OF NOTICE: April 26, 2011.**

> TONY R. MOORE
> CLERK OF COURT

COPY SENT
DATE:      April 26, 2011
BY:        msy
TO:        RTH, Gary Brazell