RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE   4/26/11
         /s/

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

Date: April 26, 2011

Reply to: JUDGE RICHARD T. HAIK

Subject: <u>10-611 Morvant v. Superior Energy et al</u>

To: All Counsel of Record

## MINUTE ENTRY

  Offshore Liftboats' Request for Oral Argument (Doc. 47) is MOOT. Offshore Liftboats' Motion for Summary Judgment (Doc. 46) is already set for hearing with oral argument, on the Court's June 16, 2011 motion day. *See* Doc. 48.

RTH/jam