UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

PRESENT: HON.   RICHARD T. HAIK   , JUDGE, Presiding          Date: June 16, 2011
                Mary Thompson   , Court Reporter
                Gary Brazell    , Minute Clerk
COURT OPENED:   9:30 A.M.              COURT ADJOURNED:   A.M.     Total Time:

MINUTES OF COURT

CASE NO. 10-611          JUDGE:  Haik                MAGISTRATE JUDGE Hanna

JOEL A MORVANT, SR, ET AL                VS.        SUPERIOR ENERGY SERVICES L L C, ET AL

                              APPEARANCES
*                                 FOR      *
                                  FOR
*                                 FOR      *
                                  FOR

CASE CALLED FOR                          FILINGS:
__X_ Hearing on motions
____ Jury selection only
____ Trial with/without jury    day
____ Other


VERDICT, RULING, COMMENTS:

Motion (# 46) for Summary Judgment by Offshore Lift Boats L L C, argued, submitted and GRANTED as unopposed.